

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2022

No. 04-22-00523-CV

**IN THE INTEREST OF A.H., ET AL.**, Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01990
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On August 16, 2022, appellant filed a notice of appeal stating her intent to appeal a final decree of termination orally rendered on August 4, 2022. The clerk's record was filed on August 26, 2022. Although the clerk's record contains the judge's notes, the clerk's record did not contain an order terminating appellant's parental rights. *See In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804585, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (noting judge's notes do not constitute a final order) (mem. op.). In response to this court's inquiry, the trial court clerk confirmed the trial court has not signed a final order. "[A]n appeal may be prosecuted only from a final judgment." *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Because no final order has been entered in the underlying case, appellant is ORDERED to show cause in writing **no later than October 21, 2022** why this appeal should not be dismissed for lack of jurisdiction. All other appellate deadlines are held in abeyance pending further order of this court.

It is so **ORDERED** October 7, 2022.

**PER CURIAM**

ATTESTED TO:_____
MICHAEL A. CRUZ,
CLERK OF COURT